**Dismissed and Memorandum Opinion filed November 30, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00351-CV

---

### CHRIS  KOPYCINSKI, Appellant

### V.

### CHRISTA  ANN  BROMLEY, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1200735**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed May 2, 2023. The clerk's record was filed May 19, 2023. No brief was filed.

On September 7, 2023, we issued an order stating that unless appellant filed a brief on or before October 9, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.